IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FURNACE BROOK LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 08-cv-2121 |
| | ) |
| ANNA'S LINEN COMPANY | ) |
| | ) |
| Defendants. | ) |

NOTICE OF MOTION

Please take notice that, on Friday, July 11, 2008, at 9:30 a.m., counsel for plaintiff, Furnace Brook LLC, will appear in the courtroom of the Honorable Charles R. Norgle, Room 2341, Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street, Chicago, Illinois 60604 to present the accompanying Motion for Dismissal with Prejudice.

Date:  July 7, 2008                s/George C. Summerfield
                                   Rolf O. Stadheim
                                   Joseph A. Grear
                                   George C. Summerfield
                                   Keith A. Vogt
                                   Steven R. Pedersen
                                   Stadheim & Grear, Ltd.
                                   400 North Michigan Avenue, #2200
                                   Chicago, Illinois 60611
                                   (312) 755-4400

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, a true and correct copy of the foregoing

1.   NOTICE OF MOTION

was served by First Class Mail on the following parties:

Anna's Linen Company
c/o CT Corporation Systems
208 South LaSalle Street
Suite 814
Chicago, IL 60604


       /s/Mona Makovsky