IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FURNACE BROOK LLC,                    ) | |
| ) | |
|         **Plaintiff,**    ) | |
| ) | |
| v.                                                 ) | |
| ) Case No.: 08-cv-2121 | |
| ) | |
| ANNA'S LINEN COMPANY      ) | |
| ) | |
|         **Defendant.**    ) | |

**MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Furnace Brook, LLC hereby moves to dismiss the complaint in the afore-captioned matter as it has resolved the subject dispute with the defendant, Anna's Linen Company.

Respectfully submitted,

Date:  July 7, 2008

s/George C. Summerfield
Rolf O. Stadheim
Joseph A. Grear
George C. Summerfield
Keith A. Vogt
Steven R. Pedersen
Stadheim & Grear, Ltd.
400 North Michigan Avenue, #2200
Chicago, Illinois 60611
(312) 755-4400

2

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FURNACE BROOK LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No.: 08-cv-2121 |
| | ) |
| **ANNA'S LINEN COMPANY** | ) |
| | ) |
| **Defendant.** | ) |

**[PROPOSED] ORDER**

Having reviewed the pending motion to dismiss the afore-captioned matter with prejudice, and having concluded that there is a justification therefor, it is hereby ORDERED that the matter is dismissed with prejudice. The parties are to bear their own costs.

_____
U.S. DISTRICT JUDGE

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, a true and correct copy of the foregoing

1. MOTION FOR DISMISSAL WITH PREJUDICE

2. [PROPOSED] ORDER

was served by First Class Mail on the following parties:

Anna's Linen Company
c/o CT Corporation Systems
208 South LaSalle Street
Suite 814
Chicago, IL 60604


                                                /s/Mona Makovsky