**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Furnace Brook LLC
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−02121
                                                 Honorable Charles R. Norgle Sr.

Anna's Linen Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

       MINUTE entry before the Honorable Charles R. Norgle, Sr: Plaintiff's Motion for Dismissal with Prejudice [12] is granted. The parties are to bear their own costs. Case terminated. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.